UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY, P.A.
BRIAN E. CAINE, ESQ.
9000 Midlantic Drive, Suite 300
Marlton, New Jersey 08053
(856) 985-4059
Attorney for Secured Creditor, New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing

**Order Filed on January 22, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ronald C Krumin
Patricia A Krumin

Case No. 18-30399-JNP
Chapter 13
Hearing Date: January 16, 2019

Judge: Jerrold N. Poslusny, Jr.

**ORDER RESOLVING NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 22, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:   Ronald C Krumin and Patricia A Krumin
Case No:  18-30399-JNP
Caption of Order:  Order Resolving New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing's Objection to Confirmation of Debtor's Chapter 13 Plan

Upon consideration of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing's objection to confirmation of plan (at docket number 12), on the basis of the amount of pre-petition arrears to be cured through the plan as listed in the plan versus the amount provides for in the secured claim; and the parties having settled their differences and agree to the form, content and entry of the within order; and for good cause appearing therefore, it is hereby;

**ORDERED** as follows:

1.  The Debtors' treatment for New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing's claim on property known as 804 Devenney Dr., Bellmawr, NJ 08031, is to cure the pre-petition arrears through the Chapter 13 plan and maintain the regular monthly post-petition payments to New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (per the terms of the loan documents) outside the plan.

2.  The pre-petition arrears as listed in New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing's proof of claim will govern as filed, and over the amount listed in the plan. The pre-petition arrears are $23,640.34 and will be scheduled to be paid in full through the Debtors' Chapter 13 Plan.

3.  The Chapter 13 Trustee shall adjust the amount of the arrears to be distributed to New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing to reflect the terms of this Order.